```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 12205
   RICCO T EATON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2112

---------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     The case was filed on 07/09/2007 and was confirmed 08/27/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 04/28/2008.
---------------------------------------------------------------------------
CREDITOR NAME                 CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID           PAID
---------------------------------------------------------------------------
IL STATE DISBURSEMENT UN  PRIORITY       NOT FILED            .00            .00
IL STATE DISBURSEMENT UN  UNSECURED      NOT FILED            .00            .00
IL STATE DISBURSEMENT UN  DSO ARREARS    28834.03             .00            .00
IL STATE DISBURSEMENT UN  UNSECURED      NOT FILED            .00            .00
CITY OF CHICAGO PARKING   UNSECURED       9244.82             .00            .00
ILL DEPT OF ECON SEC      UNSECURED      NOT FILED            .00            .00
F&W LLC                   UNSECURED      NOT FILED            .00            .00
PREMIER BANCARD CHARTER   UNSECURED        342.09             .00            .00
PLAINS COMMERCE BANK      UNSECURED        233.54             .00            .00
PROFESSIONAL ACCOUNT MGM  UNSECURED      NOT FILED            .00            .00
ASSET ACCEPTANCE LLC      UNSECURED       1424.78             .00            .00
NICOLE THOMPSON           NOTICE ONLY    NOT FILED            .00            .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     3,334.00                       1,118.00
TOM VAUGHN                TRUSTEE                                           82.00
DEBTOR REFUND             REFUND                                             .00

        Summary of Receipts and Disbursements:
---------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
---------------------------------------------------------------------------
TRUSTEE                 1,200.00

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                        .00
ADMINISTRATIVE                              1,118.00
TRUSTEE COMPENSATION                           82.00
DEBTOR REFUND                                    .00
                        ---------------     ---------------
TOTALS                  1,200.00            1,200.00


                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 12205 RICCO T EATON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 07/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 12205 RICCO T EATON